IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,    )
                             )      2:02-cr-431-GEB
            Plaintiff,       )
                             )      ORDER
    v.                       )
                             )
CHARLENE BROWN,              )
                             )
            Defendant.       )
                             )
```

      Today the Court received from the Warden of the Federal Medical Center, Carswell, the attached facsimile letter dated August 19, 2005, to which is appended a progress report, Certificate of Recovery, and Social Work Conditional Release Plan.  The Clerk of Court shall file the letter and its attachments under seal and serve them on the parties.  In light of the proposed Social Work Conditional Release Plan, a status hearing is scheduled in this action for September 2, 2005, at 9:00 a.m.  Further, the United States Marshal's Office shall make arrangements to have Defendant Brown returned to this District.

      IT IS SO ORDERED.

Dated: August 24, 2005

                                  /s/ Garland E. Burrell, Jr.
                                  GARLAND E. BURRELL, JR.
                                  United States District Judge