IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CHARLENE BROWN,<br><br>　　　　　　Defendant. | 2:02-cr--431-GEB<br><br><u>ORDER</u> |

　　　　　On August 24, 2005, the Bureau of Prisons sent the undersigned Judge, by facsimile transmission, a letter dated August 19, 2005, to which was attached a progress report, Certificate of Recovery, and Social Work Conditional Release Plan. These documents were ordered filed under seal and were filed on August 25, 2005. Today, the Court received the original letter and attachments. The Clerk of Court is directed to (1) remove the facsimile copies from the file, (2) replace them with the originals, and (3) shred the facsimile copies.

　　　　　IT IS SO ORDERED.

Dated: August 31, 2005

　　　　　　　　　　　　　　　　　　/s/ Garland E. Burrell, Jr.
　　　　　　　　　　　　　　　　　　GARLAND E. BURRELL, JR.

| | |
|---|---|
| 1 | United States District Judge |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |