UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)
        Plaintiff, )   Case No. _02-431-GEB_
)
   v. )
_Charlene Brown_ )   RELEASE ORDER NO. _____
)
)   ORDER FOR RELEASE OF
        Defendant. )   PERSON IN CUSTODY

[FILED SEP 16 2005 — U.S. DISTRICT COURT, EASTERN DISTRICT OF CALIF.]

TO:   UNITED STATES MARSHAL:

   This is to authorize and direct you to release _Charlene Brown_

_____, Case No. _____,

Charge _____,

from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   ____ Release on Personal Recognizance

   ____ Bail posted in the sum of $_____

   ____ Unsecured Appearance Bond

   ____ Appearance Bond with 10% Deposit

   ____ Appearance Bond with Surety

   ____ Corporate Surety Bail Bond

   ✓ (Other) _See conditions of release_

This release order is not effective until the defendant has signed and understands the attached "Notice to Defendant Being Released".

   Issued at _Sacramento, CA_ on _9-16-05_,

19____ at _____ a.m./p.m.

                                  By _/s/_
Copy 2 - Pre Trial Services       United States District Judge or
                                     United States Magistrate