**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable Garland E. Burrell, Jr.
Chief United States District Judge
Sacramento, California

                                  RE:    Charlene BROWN
                                            Docket Number:  2:02CR00431-01
                                            **CONDITIONAL RELEASE**
                                            **PROGRESS REPORT**

Your Honor:

On January 6, 2005, pursuant to 18 USC 4246, Your Honor ordered Ms. Brown be committed to the custody of the Attorney General.  Ms. Brown was hospitalized and treated at the Federal Medical Center, Carswell.  On August 19, 2005, Your Honor received a Certificate of Recovery documenting that Ms. Brown had recovered from symptoms of her mental illness to the extent that her conditional release from custody would not create a substantial risk of bodily injury to another person, or serious damage to property of another. On September 16, 2005, Your Honor adopted the Certificate of Recovery and ordered Ms. Brown conditionally released.  The Court also adopted 11 conditions of Ms. Brown's release, which are maintained in the United States Probation file.

Since Ms. Brown's release, she has been cooperative and compliant with all 11 of her conditions, and has had no further criminal conduct.  Ms. Brown is being treated by a federally-contracted psychiatrist, and her symptoms of schizophrenia are managed with psychotropic medications.  Ms. Brown has been cooperative in taking her medication, and has cooperated with the treatment process.

**RE:   Charlene BROWN**
       **Docket Number:   2:02CR00431-01**
       <u>**CONDITIONAL RELEASE PROGRESS REPORT**</u>

Ms. Brown's overall adjustment to Conditional Release has been good; however, it is not recommended that she be released from supervision.  Her psychiatrist appointments and medications are paid for by federal monies, as she has no insurance coverage; however, she has applied for Social Security benefits, and that process is pending.  It is anticipated that she will be awarded Social Security benefits, and at that time, consideration would be given to recommending that she be terminated from her Conditional Release.

Respectfully submitted,

/s/ Lori V. Clanton

**LORI V. CLANTON**
**Senior United States Probation Officer**

Dated:    October 17, 2007
          Sacramento, California
          lvc:cd

**REVIEWED BY:**          /s/ Richard A. Ertola
                          **RICHARD A. ERTOLA**
                          **Supervising United States Probation Officer**

cc:  Philip A. Ferrari
     Assistant United States Attorney

     Caro Marks
     Assistant Federal Defender

---

AGREE:  __X_____                    DISAGREE:  _____

Dated:  October 19, 2007

                                       GARLAND E. BURRELL, JR.
                                       Chief United States District Judge

**RE:    Charlene BROWN
        Docket Number:   2:02CR00431-01
        <u>CONDITIONAL RELEASE PROGRESS REPORT</u>**