**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable Garland E. Burrell, Jr.
United States District Judge
Sacramento, California

                              RE:    Charlene BROWN
                                        Docket Number:  2:02CR00431-01
                                        **CONDITIONAL RELEASE
                                        PROGRESS REPORT**

Your Honor:

On January 6, 2005, pursuant to 18 USC 4246, Your Honor ordered Ms. Brown to be committed to the custody of the Attorney General. Ms. Brown was hospitalized and treated at the Federal Medical Center, Carlswell, New Mexico. On August 19, 2005, Your Honor received a Certificate of Recovery documenting that Ms. Brown had recovered from symptoms of her mental illness to the extent that her Conditional Release from custody would not create a substantial risk of bodily injury to another person, or serious damage to property of another person. On September 16, 2005, Your Honor adopted the Certificate of Recovery and ordered Ms. Brown conditionally released to the community. The Court also adopted 11 conditions of Ms. Brown's release, which are maintained in the United States Probation file.

On October 19, 2007, Your Honor was notified that since Ms. Brown's release, she had been cooperative and compliant with all 11 of her conditions of supervision and she had no further criminal conduct. Ms. Brown was being treated by a federally-contracted psychiatrist and her symptoms of schizophrenia were managed with psychotropic medications. Ms. Brown had been cooperative in taking her medication and had cooperated with the treatment process. In that report to the Court, Ms. Brown's overall adjustment to Conditional Release had been reported "good"; however, it was not recommended that she be released from supervision. Her psychiatrist appointments and medications were being paid with federal monies, as she had no insurance coverage and had not applied for Social Security benefits. It was anticipated that if she had been

**RE:   Charlene BROWN**
       **Docket Number:   2:02CR00431-01**
       **CONDITIONAL RELEASE PROGRESS REPORT**

awarded Social Security benefits, consideration would be given to recommending that she be terminated from her Conditional Release.

As of this date, Ms. Brown's overall adjustment to Conditional Release has been good; however, she was denied Social Security benefits in March 2009. It was determined at that time that she continue with the federally-contracted psychiatrist and continue taking psychotropic medications. In March 2010, after sessions with her current federally-funded psychiatrist, it was determined that she was no longer in need of medication. The psychiatrist advised he had terminated medication and had scheduled her for an appointment in approximately three months. On March 23, 2010, this probation officer spoke with the federally-contracted psychiatrist and discussed issues related to her termination of medication, as well as her need for appointments every three months, and ultimately her discharge from treatment. The probation officer related issues to the psychiatrist involving a recent home contact, wherein Ms. Brown's behavior appeared delusional regarding property that was taken at the time of her arrest; however, he assured this officer that delusional behavior and schizophrenic behavior were two different issues. He advised that he would see her in approximately three months and determine whether or not further treatment was warranted.

It is the probation officer's opinion that, although psychotropic medication and monthly therapy has been terminated by the federally-contracted psychiatrist, it would be appropriate to see if, in the future, Ms. Brown can function without the medication and monthly visits with the psychiatrist. Therefore, it is recommended that in January 2011, another report be submitted to the Court advising of the current situation and progress Ms. Brown has made while off her medication. If it is appropriate, a recommendation of termination of her Conditional Release will be considered and recommended at that time.

**RE:**   **Charlene BROWN**
          **Docket Number:   2:02CR00431-01**
          <u>**CONDITIONAL RELEASE PROGRESS REPORT**</u>

                              Respectfully submitted,

                              /s/ Shari R. Simon

                              **SHARI R. SIMON**
                              **United States Probation Officer**

Dated:        June 28, 2010
              Roseville, California
              SRS:cd


**REVIEWED BY:**    /s/ Terence E. Sherbondy
                    **TERENCE E. SHERBONDY**
                    **Supervising United States Probation Officer**

cc:   Philip A. Ferrari
      Assistant United States Attorney

      Caro Marks
      Assistant Federal Defender

---

AGREE:  _X_____                    DISAGREE:  _____

Dated:  June 29, 2010

                                    _____
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge